# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Collyer, Rosemary M. | 2. Court or Organization District Court - Washington DC | 3. Date of Report 04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

E Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Trust #3 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | National Human Services Assembly - Vice President |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ▨ | Throughout 2014 | Within U.S. | Business travel | Reimbursement to ▨ for business travel (airline, lodging & meals) |
| 2. | U.S. Courts | August, 2014 | Seattle, WA | Senior Judges' meeting | Reimbursement for travel (airline, lodging & meals) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | M | T | | | | | |
| 3. - BRKB - Common Class B | | None | M | T | | | | | |
| 4. - Schwab Cash Equivalent Accounts | A | Int./Div. | M | T | | | | | |
| 5. - Anne Arundel County, MD Muni Bonds | B | Interest | K | T | | | | | |
| 6. - Baltimore, MD Proj Muni Bonds | B | Interest | K | T | | | | | |
| 7. - Maryland State Muni Bonds | B | Interest | L | T | | | | | |
| 8. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | M | T | Sold (part) | 02/19/14 | K | C | |
| 9. - NAVB - Common | | None | | | Sold | 12/08/14 | J | | |
| 10. - TSLA - Put Option Jan14 40.00 | | None | | | Expired | 01/18/14 | J | D | |
| 11. - TSLA - Put Option Jan14 60.00 | | None | | | Expired | 01/18/14 | J | D | |
| 12. - TSLA - Put Option Jan14 150.00 | | None | | | Closed | 01/13/14 | J | C | |
| 13. IRA #1 | E | Int./Div. | O | T | | | | | |
| 14. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 15. - UST Inflation Index Notes 3.625% TIPS | | | | | | | | | |
| 16. - IWF - ETF | | | | | | | | | |
| 17. - ATRS - Common | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - MCD - Common | | | | | Buy (add'l) | 12/10/14 | K | | |
| 19. - Weitz Short-Intermediate Income Fund (WSHNX) | | | | | | | | | |
| 20. - ATRS - Call Option May14 5.00 | | | | | Expired | 05/17/14 | J | C | |
| 21. - BP - ADR | | | | | Sold | 01/18/14 | L | D | |
| 22. - BP - Call Option Jan14 45.00 | | | | | Redeemed | 01/18/14 | J | B | |
| 23. - PGF - ETF | | | | | | | | | |
| 24. - PEP - Common | | | | | Buy | 01/02/14 | K | | |
| 25. - KMI - Common | | | | | Buy | 03/05/14 | K | | |
| 26. - WPC - Common | | | | | Buy | 03/21/14 | K | | |
| 27. IRA #2 | B | Int./Div. | N | T | | | | | |
| 28. - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 29. - NEM - Common | | | | | Sold | 12/26/14 | K | | |
| 30. - NAVB - Common | | | | | | | | | |
| 31. - XLU - ETF | | | | | Sold | 12/13/14 | L | D | |
| 32. - TSLA - Common | | | | | | | | | |
| 33. - TSLA - Call Option Jan14 175.00 | | | | | Expired | 01/18/14 | J | D | |
| 34. - GILD - Common | | | | | Buy | 03/27/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 06/21/14 | K | D | |
| 36.   - GILD - Call Option Jun14 80.00 | | | | | Sell Short | 04/02/14 | J | | |
| 37. | | | | | Redeemed | 06/21/14 | J | B | |
| 38.   - TSLA - Call Option Sep14 220.00 | | | | | Sell Short | 04/17/14 | J | | |
| 39. | | | | | Closed | 09/05/14 | K | | |
| 40.   - DoubleLine Total Return Bond Fund (DLTNX) | | | | | Buy | 12/31/14 | L | | |
| 41.   QUALIFIED RETIREMENT PLAN #3 | B | Int./Div. | L | T | | | | | |
| 42.   - Vanguard Variable Insurance Fund International Portfolio | | | | | Buy (add'l) | 12/31/14 | J | | See Part VIII (e) |
| 43.   IRA #4 | E | Int./Div. | N | T | | | | | |
| 44.   - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 45.   - RDS/B - ADR | | | | | | | | | |
| 46.   - SO - Common | | | | | | | | | |
| 47.   - ESD - Closed End Fund | | | | | | | | | |
| 48.   - CAG - Common | | | | | | | | | |
| 49.   - FCX - Common | | | | | Buy | 01/02/14 | K | | |
| 50. | | | | | Sold | 12/11/14 | K | | |
| 51.   - JMHLY - ADR | | | | | Buy | 01/06/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - PG - Common | | | | | Buy | 06/04/14 | K | | |
| 53.   IRA #5 | E | Int./Div. | N | T | | | | | |
| 54.   - Schwab Cash Equivalent Accounts | | | | | | | | | |
| 55.   - Wells Fargo Advantage High Income Trust (STHYX) | | | | | Sold | 11/04/14 | M | | |
| 56.   - VNQ - ETF | | | | | Sold | 05/19/14 | L | D | |
| 57.   - DXJ - ETF | | | | | | | | | |
| 58.   - GE - Common | | | | | | | | | |
| 59.   - DEM - ETF | | | | | Sold | 07/30/14 | L | B | |
| 60.   - BP - ADR | | | | | Buy | 08/29/14 | L | | |
| 61. | | | | | Sold | 12/12/14 | L | | |
| 62.   - TYG - Closed End Fund | | | | | Buy | 12/11/14 | K | | |
| 63.   - DGS - ETF | | | | | Buy | 12/26/14 | K | | |
| 64.   - PIMCO Income Fund (PONDX) | | | | | Buy | 12/31/14 | L | | |
| 65.   Merrill Lynch Cash Management Account | A | Int./Div. | L | T | | | | | See Part VIII (f) |
| 66.   Citibank Checking Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

(a) Trusts #1, #2 and #3, listed in Part I and previously documented in Part VII, are no longer shown in this section in accordance with revised filing instructions for Calendar Year 2014 Reports.

(b) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks).

(c) Put options sold short and later redeemed (i.e. exercised by owner) are shown as having zero gain because the amount received for the short sale is subtracted from the basis for the underlying security that was purchased and is therefore reflected in the gain/loss incurred when that security is ultimately sold.

(d) Lines 4, 14, 28, 44 and 54 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the 2014 Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required in the non-retirement plan account (Line 4).

(e) Line 42: Purchases of this fund are made on a monthly basis. Individual purchases are below the minimum reporting requirement but are aggregated for the entire year with a date shown of 12/31/14.

(f) Line 65 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage acccount, and no individual stocks, bonds or other assets are held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544